# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-06-00208-CV

**Shelly Frank, as Beneficiary of Eric Frank, Deceased, Appellant**

**v.**

**Liberty Insurance Corporation, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-05-001135, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## D I S S E N T I N G   O P I N I O N

For the reasons expressed in my dissenting opinion to this Court's original disposition of this case, I respectfully dissent from the denial of appellee's motion for rehearing. *See Frank v. Liberty Ins. Co.*, No. 03-06-00208-CV, 2008 Tex. App. LEXIS 2632 (Tex. App.—Austin Apr. 11, 2008) (Waldrop, J., dissenting).

_____

G. Alan Waldrop, Justice

Filed: May 16, 2008